UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ELSEVIER B.V., et al.,                     :

                Plaintiffs,                :

    -against-                                :

UNITEDHEALTH GROUP, INC., et al.,          :

                Defendants.                :

----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-09
```

**ORDER**

09 Civ. 2124 (WHP)(FM)

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to the discovery conference held earlier today, it is hereby

ORDERED that:

1. Plaintiffs' Document Requests 17 and 18 are denied without prejudice.

2. The discovery conference shall be continued on November 12, 2009, at 10:00 a.m. in Courtroom 20A. Prior to that date, counsel and their knowledgeable representatives shall confer regarding the issues identified by the Court.

    SO ORDERED.

Dated:    New York, New York
            October 9, 2009

                                      _____
                                      FRANK MAAS
                               United States Magistrate Judge

Copies to:

Honorable William H. Pauley, III
United States District Judge

William Irvin Dunnegan, Esq.
Dunnegan LLC
Fax: (212) 332-8301

Sri Krishna Sankaran, Esq.
Dorsey & Whitney, LLP
Fax: (612) 340-8856