UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ELSEVIER B.V., et al.,                                  :

                    Plaintiffs,                 :

       -against-                                       :

UNITEDHEALTH GROUP, INC., et al.,        :

                   Defendants.              :

----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-09
```

**ORDER**

09 Civ. 2124 (WHP)(FM)

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the discovery conference held earlier today, it is hereby

ORDERED that the conference shall be continued on December 2, 2009, at 5:00 p.m. in

Courtroom 20A.

      SO ORDERED.

Dated:      New York, New York
             November 12, 2009

                                                    FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable William H. Pauley, III
United States District Judge

William Irvin Dunnegan, Esq.
Dunnegan LLC
Fax: (212) 332-8301

Sri Krishna Sankaran, Esq.
Dorsey & Whitney, LLP
Fax: (612) 340-8856