UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ELSEVIER B.V., et al.,                          :

                Plaintiffs,       :

      -against-                            :

UNITEDHEALTH GROUP, INC., et al.,    :

              Defendants.      :

----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2-19-10
```

**ORDER**

09 Civ. 2124 (WHP)(FM)

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the discovery conference held yesterday, it is hereby

ORDERED that:

      1.     Counsel shall comply with my discovery directives during the conference.

      2.     A telephone conference shall be held on March 10, 2010, at 10 a.m. Mr. Dunnegan should initiate the call.

      SO ORDERED.

Dated:     New York, New York
           February 19, 2010

                              FRANK MAAS
                    United States Magistrate Judge

Copies to:

Honorable William H. Pauley, III
United States District Judge

William Irvin Dunnegan, Esq.
Dunnegan LLC
Fax:  (212) 332-8301

Sri Krishna Sankaran, Esq.
Dorsey & Whitney, LLP
Fax:  (612) 340-8856