UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
: 
ELSEVIER B.V. et al,
:
        Plaintiffs,                      09 Civ. 2124 (WHP)
:
    -against-                        ORDER
:
UNITEDHEALTH GROUP, INC. et al,
:
        Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM H. PAULEY III, District Judge:

        After considering the parties' letters and conferring with the parties off the record on June 17, 2010, Plaintiffs' application to overturn Magistrate Judge Maas's June 8, 2010 order is denied.

Dated: June 17, 2010
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

William Irvin Dunnegan, Esq.
Dunnegan LLC
350 Fifth Avenue
New York, NY 10118
*Counsel for Plaintiffs*

Sri Krishna Sankaran, Esq.
Devan V. Padmanabhan, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
*Counsel for Defendants*